**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

SEP 23 2024 12: 46 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OHIO-COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | JUDGE |
| **vs.** | **INFORMATION** |
| **AMY SMART,** | 18 U.S.C. §2 |
| **Defendant.** | 18 U.S.C. §1035(a)(1) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
False Statements Relating to Health Care Matters
18 U.S.C. §1035(a)(1)

From on or about July 2, 2018 through on or about January 7, 2023, in the Southern District of Ohio, **AMY SMART**, knowingly, willfully, and in connection with the payment for health care benefits, services, and items involving a health care benefit program, falsified, concealed, and covered up by a trick, scheme and device, material facts, that is, submitted or caused to be submitted bills to the Ohio Medicaid program for counseling and case management services that were not provided.

In violation of 18 U.S.C. §1035(a)(1) and §2.

KENNETH L. PARKER
United States Attorney

KENNETH F. AFFLDT (0052128)
Assistant United States Attorney
BRIAN WALTER (0082118)
Special Assistant United States Attorney